IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JELITHA MCKENNEY, Individually and as Special Administrator of the Estate of James C. Barnes, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER LANCE HARRISON and OFFICER DAWN POLLREIS, in their individual and official capacities, and THE CITY OF OMAHA,<br><br>Defendants. | CASE NO. 8:09CV129<br><br>ORDER |

This matter is before the Court on the Plaintiff's Motion for Extension of Time (Filing No. 5) to file her brief in response to the Defendants' Motion to Dismiss (Filing No. 3). The Plaintiff requests an additional 7 days, from May 11, 2009, until May 18, 2009, to file her brief. Counsel for the Plaintiff states that Defendants do not oppose Plaintiff's motion.

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 5) is granted; and

2. The Plaintiff shall file her brief in response to the Defendants' Motion to Dismiss (Filing No. 3) on or before May 18, 2009.

DATED this 13th day of May, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge